# UNITED STATES DISTRICT COURT

| WESTERN | District of | ARKANSAS |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

CAMERON R. HAGEN

Case Number: 5:14CR50053-001

USM Number: 13666-045

Jack Schisler
Defendant's Attorney

**THE DEFENDANT:**

X  admitted violation numbers   One (1) and Two (2)   as set forth in the petition filed on December 29, 2014, and the supplemental petition filed on May 11, 2015.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard Condition #7: Defendant tested positive for methamphetamine on August 19, 2014; October 15, 2014; and December 1, 2014; and admitted using methamphetamine on October 26, 2014 | 12/01/2014 |
| 2 | Standard Condition #7: Defendant tested positive for methamphetamine on April 10, 2015 | 04/10/2015 |

The defendant is sentenced as provided in pages 1 through   2   of this judgment, with the court considering the sentencing guidelines as non-binding and advisory only.

X  The Court dismissed violation number(s)   Three (3) and Four (4)   of the supplemental petition that was filed on May 20, 2015, and the defendant is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   xxx-xx-5537

Defendant's Date of Birth:   xx/xx/1959

Defendant's Residence Address:

xxxxxxxxxxxxxxxxxxxxxxxx

Bella Vista, AR 72715

Defendant's Mailing Address:

xxxxxxxxxxxxxxxxxxxxxx

Bella Vista, AR 72715

June 2, 2015
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

June 4, 2015
Date

DEFENDANT: CAMERON R. HAGEN
CASE NUMBER: 5:14CR50053-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **twenty-four (24) months, with no term of supervised release to follow.**

X  The court makes the following recommendations to the Bureau of Prisons:

the defendant be designated to the Bureau of Prisons institution in El Reno, Oklahoma, and be allowed to participate in RDAP. The defendant has significant need for drug abuse treatment. His prior criminal history might make it difficult for him to qualify for the program, and the court recognizes the defendant might not qualify for early release, but the court is hopeful that the defendant will be given an opportunity to promptly enroll in RDAP so that he can complete the program prior to his release.

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL